SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Rich Dennison, et al<br><br>    Defendants | ) Case No. **2:09-cv-02631-JAM-GGH**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL JANUARY<br>) 8, 2010 FOR DEFENDANTS RICH<br>) DENNISON INDIVIDUALLY AND AS<br>) TRUSTEE OF THE RICH DENNISON<br>) AND BONNIE DENNISON 1998 JOINT<br>) LIVING TRUST; BONNIE DENNISON<br>) INDIVIDUALLY AND AS TRUSTEE OF<br>) THE RICH DENNISON AND BONNIE<br>) DENNISON 1998 JOINT LIVING<br>) TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Rich Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust; Bonnie Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

Trust, by and through their respective attorneys of record, Scott N. Johnson; Erick C. Turner, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Rich Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust; Bonnie Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust until December 9, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Rich Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust; Bonnie Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust are granted an extension until January 8, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Rich Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust; Bonnie

PDF created with pdfFactory trial version www.pdffactory.com

Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust response will be due no later than January 8, 2010.

IT IS SO STIPULATED effective as of December 9, 2009

Dated:  December __, 2009        _____

Erick C. Turner,
Attorney for Defendants
Rich Dennison
Individually and as
Trustee of the Rich
Dennison and Bonnie
Dennison 1998 Joint
Living Trust; Bonnie
Dennison Individually
and as Trustee of the
Rich Dennison and Bonnie
Dennison 1998 Joint
Living Trust

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com

Dated:   December 9, 2009              /s/Scott N. Johnson
                                       Scott N. Johnson,
                                       Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Rich Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust; Bonnie Dennison Individually and as Trustee of the Rich Dennison and Bonnie Dennison 1998 Joint Living Trust shall have until January 8, 2010 to respond to complaint.

Dated: December 11, 2009               /s/ John A. Mendez
                                       United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

PDF created with pdfFactory trial version www.pdffactory.com