```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>Rich Dennison, et al,<br><br>        Defendants | ) Case No. **2:09-cv-02631-JAM-GGH**<br>)<br>) **PLAINTIFF'S REQUEST AND**<br>) **PROPOSED ORDER RE REQUEST FOR**<br>) **CONTINUANCE OF DATE TO FILE**<br>) **JOINT STATUS CONFERENCE**<br>) **STATEMENT**<br>)<br>) Joint Status Conference<br>) Statement: December 21, 2009 |

   Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from December 21, 2009 to January 15, 2010.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on September 21, 2009; the 120 day time period for service would end on January 21, 2010.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF DATE TO FILE

JOINT STATUS CONFERENCE STATEMENT

CIV: S-09-cv-02631-JAM-GGH - 1

PDF created with pdfFactory trial version www.pdffactory.com

Defendants were served on October 19, 2009. Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after service on any Defendant. The joint status conference statement would be due December 21, 2009. Plaintiff filed a Stipulated Extension on November 5, 2009 granting Defendants an extension of time to respond to the complaint until December 9, 2009. Plaintiff granted Defendants a second extension and filed a Stipulated Extension and Proposed Order on December 11, 2009 granting Defendants an extension until January 8, 2010 to respond to the complaint. A continuance of the date for filing a joint status conference statement from December 21, 2009 to January 15, 2010 would give the Defendants time to file a response to Plaintiff's complaint.

Dated: December 15, 2009        /s/Scott N. Johnson _____

                                Scott N. Johnson,

                                Attorney for Plaintiff

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT

CIV: S-09-cv-02631-JAM-GGH - 2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to January 15, 2010.

Date:   December 15, 2009

                                  /s/ John A. Mendez_____
                                  Judge of the United States District Court

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT

CIV: S-09-cv-02631-JAM-GGH - 3

PDF created with pdfFactory trial version www.pdffactory.com